STATE of Missouri, Respondent,

v.

Patricia FITZGERALD, Appellant.

Patricia FITZGERALD, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61674, 63808.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 22, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

*PER CURIAM.*

Defendant, Patricia Fitzgerald, appeals the judgment of murder in the first degree and armed criminal action and the denial of her Rule 29.15 motion. We affirm.

An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only. This memorandum sets forth the facts and reasons for this order.

The judgment is affirmed according to Rules 84.16(b) and 30.25(b).

Margaret GORDON, Plaintiff/Respondent,

v.

Lawrence HERRON,
Defendant/Appellant.

No. 63670.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 22, 1994.

Lori Koch, Goffstein, Kraus, Sherman, Seigel & Weinberg, St. Louis, for defendant/appellant.

Richard C. Homire, Homire & Wilkes, P.C., St. Louis, for plaintiff-respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

This is an appeal from the trial court's judgment in a negligence action for property damage resulting from an automobile collision. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence and no error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).